FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2022

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Manuel **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee Manuel Flores has filed a motion for extension of time to file his motion for rehearing. Appellee's motion is GRANTED. Appellee's motion for rehearing is due October 3, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court